**No. 54305.**—Ying Chong Lung v. United States, protest 711399–G (Los Angeles).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that certain of the merchandise consists of birds' nests the same in all material respects as those involved in *Quong Lee & Co.* v. *United States* (20 C. C. P. A. 192, T. D. 45981), the claim at 10 percent under paragraph 1558 was sustained.  Milled rice, namely 2.2 percent thereof by weight, stipulated to consist of broken rice of the same character and description as that the subject of Abstract 48704, was held dutiable at five-eights of 1 cent per pound under paragraph 727 as claimed.

BEFORE THE FIRST DIVISION, MAY 4, 1950

**No. 54306.**—Berg, Hedstrom & Co., Inc., et al. v. United States, protests 110705–K, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of miniature leather articles similar in all material respects to those the subject of *United States* v. *Ignaz Strauss & Co., Inc.* (37 C. C. P. A. 32, C. A..D. 415), the claim of the plaintiffs was sustained.

**No. 54307.**—Ignaz Strauss & Co., Inc., et al. v. United States, protests 110946–K, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of leather miniature boxing gloves, sandals, baseball gloves, and huaraches similar in all material respects to those the subject of *United States* v. *Ignaz Strauss & Co., Inc.* (37 C. C. P. A. 32, C. A. D. 415), the claim of the plaintiffs was sustained.